UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LIFE INSURANCE FUND ELITE LLC,

    Plaintiff,

  -v-

HAMBURG COMMERCIAL BANK AG, CERBERUS EUROPEAN CAPITAL ADVISORS, LLP, and PROMONTORIA HOLDING 260 BV

    Defendants.

---

22-cv-7423 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

At a telephone conference held on November 30, 2022, counsel for plaintiff Life Insurance Fund Elite LLC and counsel for defendants Hamburg Commercial Bank AG, Cerberus European Capital Advisors, LLP, and Promontoria Holding 260 BV jointly informed the Court that documents containing commercially sensitive information and marked as either "confidential" or "highly confidential" had been filed as exhibits 1-3 to plaintiff's memorandum of law in opposition to defendants' motion to dismiss (Dkt. 32-33). Since the defendants' interest in preserving the confidentiality of such documents outweighs the public's interest in the information contained therein, the Court hereby orders that exhibits 1-3 to plaintiff's memorandum of law in opposition to defendants' motion to dismiss be filed under seal.

The Clerk is respectfully directed to seal exhibits 1 and 2 of entry number 32 and exhibits 1-3 of entry number 33 on the docket, such that only the Court and the parties are permitted to view them.

SO ORDERED.

New York, NY
December 1, 2022

JED S. RAKOFF, U.S.D.J.