UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LIFE INSURANCE FUND ELITE LLC,

        Plaintiff,

  -v-

HAMBURG COMMERCIAL BANK AG, CERBERUS EUROPEAN CAPITAL ADVISORS, LLP, and PROMONTORIA HOLDING 260 BV,

        Defendants.

22-cv-7423 (JSR)

ORDER

---

JED S. RAKOFF, U.S.D.J.:

    Defendants' motion to dismiss the First Amended Complaint for lack of subject matter jurisdiction is hereby granted. An opinion setting out the reasons for this ruling will follow in due course, after which final judgment will be entered.

    SO ORDERED.

New York, NY
December 29, 2022

                          JED S. RAKOFF, U.S.D.J.

1